UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREG GOODY,<br><br>                Plaintiffs,<br><br>   v.<br><br>JEFFERSON COUNTY, a Political Subdivision of the State of Idaho,<br><br>                Defendant. | Case No. 4:09-CV-00437-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

DATED: **September 1, 2011**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT - 1